IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY HARRELSON**
ADC #138877
                                   **PLAINTIFF**

v.                  No. 4:23-cv-104-DPM

**SALINE COUNTY JAIL, Supervisor;**
**SALINE COUNTY SHERIFF'S OFFICE,**
Supervisor; and **JAMES BELL,** Deputy,
Saline County Sheriff's Office                  **DEFENDANTS**

### ORDER

1. Harrelson hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 10 March 2023. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. The Court directs the Clerk to mail Harrelson an application to proceed *in forma pauperis*. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Harrelson will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

<u>13 February 2023</u>