# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY HARRELSON**  **PLAINTIFF**
**ADC #138877**

v.  No. 4:23-cv-104-DPM

**SALINE COUNTY JAIL, Supervisor;**
**SALINE COUNTY SHERIFF'S OFFICE,**
**Supervisor; JAMES BELL, Deputy,**
**Saline County Sheriff's Office; and**
**DOE, Supervisor, Saline County Jail**  **DEFENDANTS**

## ORDER

The motion, *Doc. 3*, is granted. Harrelson's deadline to pay the $402 filing and administrative fees or file an application to proceed *in forma pauperis* is extended to 10 May 2023. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

The Court directs the Clerk to send Harrelson a free-world application to proceed *in forma pauperis*. The Court reminds Harrelson he must update his address with the Clerk of Court.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2023