IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY HARRELSON**                                                                                   **PLAINTIFF**

v.                                      No. 4:23-cv-104-DPM

SALINE COUNTY JAIL, Supervisor;
SALINE COUNTY SHERIFF'S OFFICE,
Supervisor; JAMES BELL, Deputy,
Saline County Sheriff's Office; and
DOE, Supervisor, Saline County Jail                           **DEFENDANTS**

## ORDER

The motion, *Doc. 5*, is granted. Harrelson's deadline to pay the $402 filing and administrative fees or file an application to proceed *in forma pauperis* is extended to 10 July 2023. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The Court will not grant any further extensions of this deadline.

The Court directs the Clerk to resend Harrelson a free-world application to proceed *in forma pauperis*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 May 2023