IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARRY HARRELSON                                                         PLAINTIFF

v.                                    No. 4:23-cv-104-DPM

JAMES BELL, Deputy, Saline
County Sheriff's Office                                                 DEFENDANT

ORDER

Harrelson has, as directed, filed an amended complaint. That pleading describes his injuries. To evaluate whether Harrelson has stated a claim, the Court will screen Harrelson's complaint and amended complaint together. 28 U.S.C. § 1915(e).

Harrelson was stopped by Deputy Bell in February 2020. According to Harrelson, Deputy Bell sicced his K9 on both Harrelson and his passenger with no warning. The dog bit Harrelson's arm, which required life-saving surgery. He seeks damages, explaining that he is permanently disfigured and can't work as a plumber anymore because he can't move his arm much. Harrelson has pleaded a plausible individual-capacity excessive force claim against Deputy Bell. *Kingsley v. Hendrickson*, 576 U.S. 389, 396-97 (2015).

The Court directs the Clerk to issue summons for Deputy Bell and deliver it, along with a copy of the complaint, amended complaint, and this Order, to the United States Marshal for service. The Marshal must

serve these papers on Deputy Bell by restricted delivery, return receipt requested at the Saline County Sheriff's Office. Harrelson does not have to prepay the fees and costs or security.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 November 2023