IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY HARRELSON**                                                                 **PLAINTIFF**

v.                                    No. 4:23-cv-104-DPM

**JAMES BELL, Deputy, Saline
County Sheriff's Office**                                                           **DEFENDANT**

## ORDER

Harrelson's motion to appoint counsel, *Doc. 21*, is denied without prejudice. This case is young, but he has adequately represented himself so far. And the law and facts here aren't so complex as to warrant appointing counsel at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2024