IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY HARRELSON**                                                                        **PLAINTIFF**

v.                                      No. 4:23-cv-104-DPM

**JAMES BELL, Deputy, Saline
County Sheriff's Office**                                                              **DEFENDANT**

## ORDER

1.  Bell's motion to dismiss, *Doc. 23*, is denied without prejudice. The Court directs the parties to reschedule the deposition for an agreed date within the next thirty days. If Harrelson does not attend the rescheduled deposition, the Court will dismiss his case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). Considering all the material circumstances, the Court awards a $250 attorney's fee to defense counsel for Harrelson's willful nonappearance. Fed. R. Civ. P. 37(d). The Court extends the discovery deadline to 16 September 2024 and the dispositive motion deadline to 18 October 2024.

2.  Harrelson's motion for status, *Doc. 25*, is granted. The Court filed an Initial Order for *Pro Se* Plaintiffs on 12 August 2024. Harrelson should refer to that document for any questions he may have about how to pursue his case.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

13 August 2024