IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY HARRELSON**                                                                                    **PLAINTIFF**

v.                                          No. 4:23-cv-104-DPM

**JAMES BELL, Deputy, Saline
County Sheriff's Office**                                                              **DEFENDANT**

## ORDER

    Motion, *Doc. 29*, granted for good cause as specified. The deposition will proceed on the proposed terms with two changes. First, give fourteen days notice. Second, serve the deposition papers (including a copy of this Order) by personal service.

    The Court cautions Harrelson that he risks more sanctions if he continues his noncooperation. Those sanctions could include imposition of deposition-related costs and dismissal of his lawsuit for failure to prosecute.

    Discovery deadline extended to 31 October 2024. Motions deadline extended to 6 December 2024.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2024