# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY HARRELSON**                                                           **PLAINTIFF**

v.                              No. 4:23-cv-104-DPM

**JAMES BELL, Deputy, Saline County**
**Sheriff's Office**                                                          **DEFENDANT**

## ORDER

The Court ordered Harrelson to appear for his scheduled deposition after he was properly served. *Doc. 30*. He didn't appear. *Doc. 32-2*. So the Court will dismiss his case without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). Motion to dismiss, *Doc. 31*, granted.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2024