# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LARRY HARRELSON**                                                     **PLAINTIFF**

v.                                    No. 4:23-cv-104-DPM

**SALINE COUNTY JAIL, Supervisor;**
**SALINE COUNTY SHERIFF'S OFFICE,**
**Supervisor;  and JAMES BELL, Deputy,**
**Saline County Sheriff's Office**                               **DEFENDANT**

## JUDGMENT

Harrelson's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

10 December 2024